W. D. CARN AND J. N. SIMMONS, MEMBERS OF AND COMPOSING THE BOARD OF PUBLIC INSTRUCTION FOR THE COUNTY OF MARION, STATE OF FLORIDA, AND H. G. SHEALY, SUPERINTENDENT OF PUBLIC INSTRUCTION AND AS SECRETARY OF THE BOARD OF PUBLIC INSTRUCTION FOR MARION COUNTY, FLORIDA, AND THE BOARD OF PUBLIC INSTRUCTION FOR THE COUNTY OF MARION, STATE OF FLORIDA *Plaintiffs in Error*, v. THE STATE OF FLORIDA, *ex rel.* W. T. GODWIN AND B. H. SMITH, *Defendants in Error.*

Division B.

Decision Filed February 8, 1825.

*Martin & Hocker,* for Plaintiffs in Error;

*W. K. Zewadski,* for Defendants in Error.

PER CURIAM.—The writ of error herein is dismissed on the authority of Hogan v. State, 86 Fla. 361, 98 South. Rep. 70; Galvin v. Davidson, 48 Fla. 75, 37 South. Rep. 575; Yent v. State *ex rel.* Richardson, 66 Fla. 336, 63 South. Rep. 452.

Dismissed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.